UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. RAWLINS, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-1839 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se. On February 20, 2020, this matter came on for settlement conference, but did not settle. Good cause appearing, the stay of this action is lifted, and defendants shall file a responsive pleading within fourteen days.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action is lifted; and

2. Within fourteen days from the date of this order, defendants shall file a responsive pleading.

Dated: February 28, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/brow1839.lft

1